AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Enyerber Jose Sanchez Oropeza | )  Case No.  6:25-mj-1092 |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/1/23 - 10/2/24_____ in the county of _____Orange_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License |

This criminal complaint is based on these facts:

SEE ATTACHMENTS

tt Continued on the attached sheet.

_____
*Complainant's signature*

VLADIMIR D. LENA, SA, ATF
*Printed name and title*

Sworn to before me over video conference and
signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date:    _____1/31/2025_____

City and state:    _____Orlando, FL_____

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| V. | ) | |
| | ) | Case No.  6:25-mj- 1092 |
| Lenin Edgardo Gonzalez Casanas | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/1/23 -10/2/24_____ in the county of _____Orange_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(a)(1 )(A) | Dealing in Firearms Without a License |

This criminal complaint is based on these facts:

SEE ATTACHMENTS

◆ Continued on the attached sheet.

_____
*Complainant's signature*

VLADIMIR D. LENA, SA, ATF
*Printed name and title*

Sworn to before me over video conference and
signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: ___1/31/2025___

_____

City and state: _____Orlando, FL_____

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

**STATE OF FLORIDA**                        **CASE NO. 25-mj-** 1092

**COUNTY OF ORANGE**                        **FILED UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Vladimir D. Lena, being duly sworn, depose and state the following:

1.      I am employed as a Special Agent ("SA") in the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been employed in this capacity since December 2023. Prior to this, I was employed as a Customs and Border Protection ("CBP") officer for the Department of Homeland Security in Miami-Dade County, Florida, for nearly five years. I have completed all required training for ATF Special Agents at the Federal Law Enforcement Training Center.

2.      During my employment as a law enforcement officer, my duties and experiences have included conducting firearms investigations, executing search warrants, enforcing any state any state or federal arrest warrants, enforcing all immigration law violations, preventing the illegal trafficking of people, narcotics, and contraband into the United States, conducting surveillance operations, and conducting interviews. I have participated in the investigations, arrests, and successful interdiction of individuals for violations of the various criminal statutes that ATF enforces. I also participated in a South American Theft Group ("SATG") operation with CBP, targeting individuals using immigration benefits to enter and commit crime in the United States.

3.      The information contained in this affidavit is either based on my personal knowledge and observations, information provided by co-defendants, or information relayed to me by other law enforcement officers, including those acting in an undercover capacity. Information gathered during this investigation and intelligence provided by other law enforcement partners has been verified by physical surveillance and other investigative techniques. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and search warrant, I have not set forth each and every fact learned during the course of this investigation.

4.      As set forth below, there is probable cause to believe that Lenin Edgardo Gonzalez Casanas ("GONZALEZ CASANAS") and Enyerber Jose Sanchez Oropeza ("SANCHEZ OROPEZA") are engaging in firearms dealing without a license, in violation of 18 U.S.C. § 922(a)(1)(A).

## **PROBABLE CAUSE**

5.      On September 26, 2024, ATF agents received a firearms trafficking lead generated as a result of four firearms that had been recovered in Parate Bueno, Colombia. The firearms were recovered during a search warrant on May 5, 2024, at the residence of a known Tren De Aragua ("TDA") International Criminal Organization/gang leader. The target was arrested by the Colombian National Police.

2

6.      ATF conducted an eTrace query[1] on all of the recovered firearms, which revealed that they were purchased in Orlando, Florida before they were recovered in Columbia.

7.      Two of the firearms were Ruger, Model: 5.7, 5.7x28mm, handguns bearing serial numbers "643-53619" and "643-53613." These two firearms were purchased by Cooperating Defendant-1 (CD1) on January 4, 2024. These two recovered firearms were also a part of a sale by CD1 wherein he purchased 10 of the same make and model firearms (Ruger, Model: 5.7, 5.7x28mm pistols) from a Federal Firearms License ("FFL") in Ocoee, Florida. Therefore, these firearms were purchased 122 days before they were recovered in Columbia.

8.      The purchases made by CD1 on January 4, 2024, for 10 Ruger, Model: 5.7, 5.7x28mm, pistols also created a customer profile wherein CD1 provided his name, address, email, and phone number. This phone number is the same phone number that was later seized from CD1 on October 2, 2024, pursuant to the firearm interdiction and interview of both CD1 and his accomplice, J.O.N.

---

[1] An ATF Trace Request report is a report generated from the recovery of a firearm that has been recovered from a crime scene, has been identified as stolen, or has otherwise been deemed the subject of a criminal investigation. The trace report includes information on the requestor of the trace, the original purchaser information (including name, DOB, address and ID information), date of purchase, the Federal Firearms License ("FFL") information where the firearm was purchased, the firearm make, model, caliber and serial number (when/if applicable), and the recovery information to include date, location, possessor (when/if applicable).

9.    In addition to the two Ruger pistols recovered in Columbia that were purchased by CD1, there were two additional Ruger, Model: 5.7, 5.7x28mm, pistols bearing serial numbers "643-45009"and "643-09357."

10.    J.O.N purchased the Ruger, Model: 5.7, 5.7x28mm, pistol bearing serial number "643-45009" on January 7, 2024, from a pawn shop in Orlando, Florida, and this purchase created a customer profile wherein J.O.N. provided his name, address, and phone number. This phone number is the same phone number that was later seized from J.O.N. on October 2, 2024, pursuant to the firearm interdiction and interview of both CD1 and J.O.N.

11.    Through an eTrace database search and the collection of ATF Firearm Transfer Forms (ATF Form 4473s), ATF agents determined that from July 19, 2023, to September 10, 2024, CD1 had a total of 13 multiple sales reports associated with his name, accounting for 42 firearms, and an additional 30 individual firearms reflected on ATF Form 4473s. The total number of firearms purchased by CD1 from July 19, 2023, to September 10, 2024, is 72. Based on receipts gathered by ATF agents during this investigation, as well as fair market value, it is estimated that CD1 has spent approximately $52,000 on the purchase of the 72 firearms.

12.    Law enforcement officers also found that from July 20, 2023, to June 6, 2024, J.O.N. had a total of three 3 multiple sales reports associated with his name, accounting for 16 firearms, reflected on ATF Form 4473s.[2] The total number of

---

[2] The ATF Multiple Sales Report is a report mandated to be completed by the FFL conducting the sale and is generated when an individual purchases more than one firearm

firearms purchased by J.O.N. from July 20, 2023, to June 6, 2024, is 16. Based on receipts gathered by ATF agents during this investigation, as well as fair market value, it is estimated that J.O.N. has spent approximately $12,632.35 on the purchase of the 16 firearms.

13. On each ATF firearms transfer form (4473) that CD1 and J.O.N. completed, both provided their address. CD1 provided his address in Orlando, Florida, and J.O.N. provided his address in Kissimmee, Florida. Each of these forms require the purchaser/transferee/buyer to answer a series of questions and attest to the truthfulness of these answers. For example, Question 21.a reads as follows:

> Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? WARNING: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a and may proceed to question 21.b.

On each 4473 completed by CD1 and J.O.N, both checked the corresponding box denoting "Yes" in response to this question.

14. In addition to this question on the ATF firearms transfer form (4473), at the end of the questionnaire the following emboldened paragraph is written and requires a signature of the transferee/buyer:

> I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form

---

over the course of five business days from the same FFL. The report includes the FFL information where the firearms were purchased, the firearm make, model, caliber and serial number and the purchase date, and the purchaser information (including name, DOB, address and ID information).

4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominately earn a profit without a federal firearms license is a violation of Federal law.

CD1 and J.O.N. both provided their signature and date on each of the respective 4473 forms they completed during each purchase they made.

15.    October 2, 2024, ATF agents conducted an interview with J.O.N. near his place of residence, and J.O.N. admitted that he was purchasing firearms and was putting them in a box at an address, which another person instructed him to do.

16.    On October 15, 2024, ATF agents obtained a federal arrest warrant for J.O.N. for dealing without a license, and a search warrant for J.O.N.'s cellular device (*see*, 6:24-mj-2076-2077, *sealed*). However, J.O.N. managed to leave the United States and went to Santiago Dominican Republic right after being interdicted by ATF agents.

17.    On November 7, 2024, ATF agents interviewed CD1, who revealed other conspirators in this case. CD1 identified GONZALEZ CASANAS and stated that he was one the persons taking possession of firearms that had been purchased, wrapping them, and putting them into speaker boxes for shipping. CD1 also

mentioned that GONZALEZ CASANAS purchased firearms through private sales, as he cannot purchase from an FFL due to his immigration status. GONZALEZ CASANAS is a Venezuelan national who was arrested by Border Patrol agents for illegal entry into the United States. He was paroled into the United States on April 19, 2022, pending an asylum request. He was arrested by the Orange County Sheriff's Office on May 3, 2024, related to allegations he committed Robbery with a Firearm, Aggravated Assault with a Firearm, and Grand Theft on October 29, 2023. GONZALES CASANAS was ordered to be removed from the United States to Venezuela by an immigration judge on August 22, 2024, he currently has no standing legal status in the United States, and he is prohibited from possessing, selling, or transporting firearms.

18.    CD1 also identified SANCHEZ OROPEZA, and stated SANCHEZ OROPEZA was a person who requested CD1, J.O.N., and GONZALES CASANAS to purchase firearms for him. SANCHEZ OROPEZA is a Venezuelan national who was arrested by Border Patrol agents for illegal entry into the United States in December of 2021. He is currently awaiting decision on his pending application for Temporary Protected Status ("TPS") filed in March of 2024, as well as decision from an immigration court related to his pending application for asylum filed in December of 2022. SANCHEZ OROPEZA currently has no legal status in the United States, and he is prohibited from possessing, selling, or transporting a firearm.

19.     On November 18, 2024, ATF agents discovered several electronic conversations on CD1's phone between CD1 and GONZALEZ CASANAS. These conversations corroborate CD1's proffer of the existence of a conspiracy between CONZALEZ CASANS, CD1, J.O.N., and SANCHEZ OROPEZA to purchase firearms without a license and sell them to other individuals for profit.

20.     In addition, between November 13, 2024, and November 20, 2024, ATF agents discovered several electronic conversations on CD1's phone that consisted of communication between CD1, J.O.N., and SANCHEZ OROPEZA. The conversations also indicate the existence of a conspiracy between SANCHEZ OROPEZA, CD1, J.O.N., and GONZALEZ CASANAS to purchase firearms without a license and sell them to other individuals for profit.

### PROFFER INTERVIEW WITH CD-1 ON NOVEMBER 7, 2024

21.     On November 7, 2024, ATF agents interviewed CD1 related to firearms being trafficked to Brazil, Venezuela, and Colombia. During the interview, CD1 stated that in the fall of 2023, J.O.N. and GONZALEZ CASANAS met with CD1 at J.O.N.'s residence and offered a business proposal. GONZALEZ CASANAS and J.O.N. proposed that CD1 buy firearms for them.

22.     According to the CD1, during the meeting J.O.N. stated that GONZALEZ CASANAS has a contact, SANCHEZ OROPEZA, and they know a person in Brazil who is willing to pay $200.00 per firearm.

23.     When ATF Agents asked if SANCHEZ OROPEZA's contact information is in CD1's phone, CD1 replied that it was, and further stated that

SANCHEZ OROPEZA is shipping firearms to Venezuela on behalf of the Venezuelan government, to the police, and to Brazil for their militia.

24.    CD1 stated there is a militia in Brazil that is backed by the Venezuelan government, and this militia funds individuals to purchase firearms and ship them to Brazil and Venezuela.

25.    CD1 further stated that SANCHEZ OROPEZA and GONZALEZ CASANAS have a contact in a logistics and cargo shipping company in Miami, Florida, who ships their cargo – including firearms – from Miami to Venezuela and Brazil.

26.    CD1 further stated that SANCHEZ OROPEZA is the main person at the top of the hierarchy, J.O.N. and GONZALEZ CASANAS work directly for SANCHEZ OROPEZA, and that SANCHEZ OROPEZA would tell J.O.N. and GONZALEZ CASANAS what to buy. J.O.N. and GONZALEZ CASANAS would then tell CD1 what type of firearm to purchase.

27.    CD1 also stated that SANCHEZ OROPEZA would also occasionally tell CD1 what type of firearm to buy.

28.    CD1 stated that SANCHEZ OROPEZA would go directly to CD1's place of employment to ask him to buy FN Five-seveN-type pistols. For example, according to CD1, on a particular night in August of 2024, while CD1 was at work, SANCHEZ OROPEZA approached him and ask to purchase FN Five-seveN-type pistols. However, CD1 stated that he never purchased FN Five-seveN-type pistols for SANCHEZ OROPEZA.

29.    ATF agents asked CD1 to describe how he conducted this business, and CD1 explained that he would go to J.O.N.'s house to pick up cash, which would include CD1's $200 payment per firearms to be purchased. CD1 would then go to Florida Gun trader or an FFL to purchase the requested firearms. Once CD1 purchased the requested firearms, CD1 would transport the fireman's to J.O.N.'s house, where J.O.N and GONZALEZ CASANAS would wrap them into clear plastic and put them inside speaker boxes for shipping.

30.    CD1 also stated that J.O.N. uses a storage unit to store firearms under the name of another person.

31.    When ATF agents asked CD1 about the firearms that were recovered in Colombia, CD1 replied that he purchased those firearms and gave them to SANCHEZ OROPEZA.

32.    CD1 further stated that SANCHEZ OROPEZA, J.O.N., and GONZALEZ CASANAS requested "switches" (i.e., machine gun conversation devices) and M-203 grenade launchers from CD1, but CD1 declined to purchase those items.

**SEARCH OF CD1'S CELLULAR DEVICE DATA**

33.    On November 13, 2024, ATF agents searched CD1's phone and discovered messages on December 30, 2023, between CD1 and GONZALEZ CASANAS at phone number 407-280-9815, which was saved in CD1's phone as "Salchipapa." CD1 stated that GONZALEZ CASANAS is known as "Salchipapa," is also referred to as "Denoy," and his phone number is 407-280-9815. These

messages agents discovered show C.W asking GONZALEZ CASANAS about how much money is there for him. More specifically, the messages show GONZALEZ CASANAS responding with monetary amounts and further stating: "*this money is from the three glock the other is with enyer,*" which indicates that three Glocks were previously purchased and sold.

| Time | Spanish | English |
|------|---------|---------|
| 12/30/2023 5:52:05.812 AM, CD1 | Oye | Hey |
| 12/30/2023 5:52:26.939 AM, CD1 | ¿Cuánto dinero hay para mí? | How much money is there for me? |
| 12/30/2023 5:56:04.000 AM, GONZALEZ CASANAS | 4800$ - The 6% = 4512$ | 4800$ - The 6% = 4512$ |
| 12/30/2023 5:56:56.732 AM, CD1 | Le dije a Justin que vendría mañana a las 2 p.m. | I told Justin I would come tomorrow at 2 p.m. |
| 12/30/2023 5:57:54.000 AM, GONZALEZ CASANAS | Great for tomorrow to talk and give Hard to this Vuelta this money is from the 3 glock the other is with enyer | Great for tomorrow to talk and give Hard to this return, **this money is from the 3 glock the other is with enyer** |
| 12/30/2023 6:05:39.478 AM, GONZALEZ CASANAS | Ah bueno | Ah good. |

34.    CD1 stated that "enyer" is SANCHEZ OROPEZA, who was also identified by CD1 via pictures derived from law enforcement database queries.

35.     ATF agents located additional messages between CD1 and GONZALEZ CASANAS on the same day. These conversations related to purchasing various Glock models in order to sell them for about $3,800 each. The conversations also show GONZALEZ CASANAS explicitly asking for Glock 17Gen5 from CD1, which confirmed CD1's statement that GONZALEZ CASANAS and J.O.N. receive their instructions from SANCHEZ OROPEZA, and then GONZALEZ CASANAS or J.O.N. would then tell CD1 what firearms they need.

36.     In addition, messages from CD1 corroborate his statements related to the shipments of firearms. In one message, CD1 stated the following to GONZALEZ CASANAS: "*Yes, I talked to Justin, and he told me that, but when he told me about the next shipment, I ordered 19. I order 4.*" Messages from GONZALEZ CASANAS confirmed CD1's statement that CD1 purchases firearms at the request of other people for shipment and profit.

| Time | Spanish | English |
|------|---------|---------|
| 12/30/2023 6:45:10.000 AM, GONZALEZ CASANAS | 🤑 | Dollar symbol |
| 12/30/2023 8:55:29.170 PM, GONZALEZ CASANAS | Klk | What's up |
| 12/30/2023 8:58:55.000 PM, GONZALEZ CASANAS | What are you coming to the house? | |

| 12/30/2023 8:59:37.794 PM, CD1 | Saldré de mi casa en 20 minutos. Siento haber tenido que ayudar a mi madre con algo | I'll be leaving my house in 20 minutes. I'm sorry I had to help my mother with something. |
|---|---|---|
| 12/30/2023 9:01:22.000 PM, GONZALEZ CASANAS | All right, Daddy, I'm here at my house. You already talked to the just ones. **I tell you that I need glock 17 gen 5. Those are the ones we're going to buy so they can buy it at once.** | |
| 12/30/2023 9:02:54.161 PM, CD1 | **Sí, hablé con Justin y me lo dijo, pero cuando me habló del próximo envío, pedí 19. Yo pido 4** | **Yes, I talked to Justin, and he told me that, but when he told me about the next shipment, I ordered 19. I order 4** |
| 12/30/2023 9:03:26.000 PM, GONZALEZ CASANAS | **It doesn't matter those 19 they sell the same but they want more 17** | |

35.     Moreover, further conversation between GONZALEZ CASANAS and CD1 show GONZALEZ CASANAS explicitly stating to CD1 at what price the firearms are being purchased, and that there is a $200 fee for the person who provides insurance. Messages further show that GONZALEZ CASANAS provided funds for firearm purchases on December 30, 2023.

36.     In addition, after GONZALEZ CASANAS sent a message about an intended sale for $3,800 for each firearm, CD1 responded with the following video attachment of Leonardo DiCaprio on December 30, 2024, throwing money in the air:



37.    Below is an extract of conversations between CD1 and GONZALEZ

CASANAS on December 30, 2023:

| Time | Spanish | English |
|------|---------|---------|
| 12/30/2023 9:04:24.000 PM, GONZALEZ CASANAS | GONZALES CASANAS sending a link to CD1 | 14072809815<br>They want 6 of these<br>12/30/2023 9:04:24.000 PM<br>https://www.gunbroker.com/item/1022743772 |
| 12/30/2023 9:16:59.000 PM, GONZALEZ CASANAS | 2 yo 2 Justin tú 2 = 6 | **2 me 2 Justin you 2 = 6** |
| 12/30/2023 9:17:49.000 PM, GONZALEZ CASANAS | | **They are paying it at 4 thousand, but you have to give $200 to the one who insures the bone sale it would be $3,800 each** |
| 12/30/2023 9:19:09.449 PM, CD1 | CD1 sent a picture of Leonardo DiCaprio throwing money in the air | 14073407665<br>12/30/2023 9:19:09.449 PM<br>Click to play the video attachment. |
| 12/30/2023 | | |

| | | |
|---|---|---|
| 9:19:33.532 PM, CD1 | | Bet! |
| 12/30/2023 9:36:05.490 PM, CD1 | Voy de camino, pero tengo que hacerlo rápido porque tengo que ir a trabajar | I'm on my way, but I have to do it quickly because I have to go to work |
| 12/30/2023 9:49:08.000 PM, GONZALEZ CASANAS | Tienes zelle | Do you have Zelle |
| 12/30/2023 9:49:19.949 PM, CD1 | Si | Yes |
| 12/30/2023 9:49:34.000 PM, GONZALEZ CASANAS | | **You zelle is your number to send you one part and the other pen cash.** |
| 12/30/2023 9:49:45.081 PM, CD1 | | 407-340-7665 |
| 12/30/2023 9:51:04.000 PM, GONZALEZ CASANAS | GONZALEZ CASANAS sent a picture a zelle a $2,000.00 payment to CD1 |  |

38.     Further conversations between GONZALEZ CASANAS and CD1 related to firearms purchased on December 30, 2023. More specifically, messages show GONZALEZ CASANAS proposing how to split firearm purchases between himself, CD1, and J.O.N.:

| 12/30/2023 10:15:01.000 PM, GONZALEZ CASANAS | Bro | Bro |
|---|---|---|
| 12/30/2023 10:15:08.393 PM, CD1 | Dime | Tell me |
| 12/30/2023 10:15:54.000 PM, GONZALES CASANAS | This can be bought 3 you and 3 Justin so that he leaves with the Glock, what do you think? | |
| 12/30/2023 10:17:26.832 PM, CD1 | **Yea bro! I'm down for whatever** | |
| 12/30/2023 10:36:57.000 PM, GONZALEZ CASANAS | GONZALEZ CASANAS sent a picture of a rifle and a link to Palmetto Armory |  |
| 12/30/2023 10:37:25.000 PM, GONZALEZ CASANAS | They want 4 of those we buy the 4 of the 3 | |

39.    Several messages on January 5, 2024, between CD1 and GONZALEZ CASANAS show the two discussing more purchases of different types of firearms like AR-15, Tavors, and FN Five-seveN-type pistols, as well as discussing sales prices. For example, GONZALEZ CASANAS stated the following to CD1: "*The sale price is 7000 8000 for each tavor.*"

| Time | Spanish | English |
|---|---|---|
| 1/5/2024 10:25:44.419 PM, CD1 | Oye | Hey |
| 1/5/2024 10:41:50.000 PM, GONZALEZ CASANAS | Si | Yes |
| 1/5/2024 10:42:11.000 PM, GONZALEZ CASANAS | Everything's fine, bro | |
| 1/5/2024 11:15:18.596 PM. CD1 | Bien, I have things on the way. **Oye when is bro paying for the 2 sent** | Well, I have things on the way. Hey when is bro paying for the 2 sent |
| 1/5/2024 11:17:09.000 PM, GONZALEZ CASANAS | | The sale price is 7000 8000 for each tavor |
| 1/5/2024 11:17:27.684 PM, CD1 | Si pero, the Glock and ar | Yes but, the Glock and AR |
| 1/5/2024 11:18:40.000 PM, GONZALEZ CASANAS | | Your good my return is paid in each one in 1600 |
| 1/5/2024 11:19:04.991 PM, CD1 | Bueno, do you know when I can get paid? | Good, do you know when I paid |

40.    GONZALAEZ CASANAS and CD1 also detail how much money different contacts are paying for firearms, and also show GONZALEZ CASANAS discuss money he paid CD1 based on the return for firearms purchased and sold. GONZALEZ CASANAS also requests that CD1 purchase two FN Five-seveN-type pistols for him:

| | | |
|---|---|---|
| 1/5/2024 11:19:32.000 PM, GONZALEZ CASANAS | | **The AR to me my contact pays me in 3000 3500 the contact of Ginger is paying it in 2500 and the glory I think he is paying it in 1500** |
| 1/5/2024 11:20:21.116 PM, CD1 | | Ok perfect, do you know when the money will be ready? |
| 1/5/2024 11:21:44.000 PM, GONZALEZ CASANAS | | **Well, I paid you the 4512 that I paid you was from the what we bought with my return that I told you that with me it's fast now the thing about Anger the glory of the R** |
| 1/5/2024 11:22:58.000 PM, GONZALEZ CASANAS | | That arrived on December 25 but the return of the I don't know what happened that they already sold things the money is already the person who I upload the money for Cel who charges 10% 7% or 6% is not there and her friends went on vacation they went to the beach and return from work on January 12 is what I understand on January 12 or 15 we would be charging us already that's why I open my part OK I know that I can send that it arrives faster and charges faster |
| 1/5/2024 11:24:26.052 PM, CD1 | | **Ok cool, Im chill just was wondering. I got more stuff on the way** |
| 1/5/2024 11:25:35.000 PM, GONZALEZ CASANAS | | **And the 4 glock** |
| 1/5/2024 11:25:53.826 PM, CD1 | Si and Justin told me another ar | Yes and Justin told me another AR |
| 1/5/2024 11:26:10.426 PM, CD1 | | Like that last one I sent |
| 1/5/2024 11:27:29.000 PM, GONZALEZ | | **I need you to buy me 2 ak or 2 Ar** |

| | | |
|---|---|---|
| CASANAS | | |
| 1/5/2024 11:27:52.413 PM, CD1 | | Ok, what kinda of Ar? |
| 1/5/2024 11:27:58.356 PM, CD1 | | The one u send me |
| 1/5/2024 11:29:08.000 PM, GONZALEZ CASANAS | | 2 |
| 1/5/2024 11:29:21.000 PM, GONZALEZ CASANAS | | 2 |
| 1/5/2024 11:29:31.190 PM, CD1 | | Ok my issue is I have no money right now 😂 |
| 1/5/2024 11:33:40.742 PM, CD1 | | Yea i have to wait until i get paid from my company or wait to get paid from a shipment then I'll have money to buy more |
| 1/5/2024 11:33:55.200 PM, CD1 | | That's why I was asking about the payment from the Glock and ar I sent |
| 1/5/2024 11:35:30.000 PM, GONZALEZ CASANAS | | **You can buy me 2 FN I'll send you the money** |
| **1/5/2024 11:44:41.000 PM, GONZALEZ CASANAS** | | **FN are very expensive, it's better to buy me 4 glock 17** |
| **1/5/2024 11:47:42.000 PM, GONZALEZ CASANAS** | | **See what the Total is, and I'll send it to you early tomorrow by zelle** |

41.     More messages from January 6, 2024, to January 7, 2024, reveal that

GONZALEZ CASANAS requested CD1 to purchase more Glocks, and sending a

CD1 a money through the Zelle digital payment network to place the Glock orders:

| Time | Spanish | English |
|------|---------|---------|
| 1/6/2024 11:25:10.000 PM, GONZALEZ CASANAS | | How much would 10 glock be? |
| 1/6/2024 11:29:50.000 PM, GONZALEZ CASANAS | | To deposit you right now, bro |
| 1/6/2024 11:31:46.621 PM, CD1 | | Let me check |
| 1/6/2024 11:36:18.000 PM, GONZALEZ CASANAS | | I'm here at the bank depositing one I'll make you the zelle |
| 1/6/2024 11:38:44.890 PM, CD1 | | **4,583.14 plus transfer fee at gun store of $218** |
| 1/6/2024 11:48:07.000 PM, GONZALEZ CASANAS | GONZALEZ CASANAS sent picture to CD1 |  |

| | | |
|---|---|---|
| 1/6/2024 11:48:36.060 PM, CD1 | Si | Yes |
| 1/6/2024 11:52:48.000 PM, GONZALEZ CASANAS | | 8, how much would it be? |
| 1/6/2024 11:52:57.000 PM, GONZALEZ CASANAS | | 8 glock ???? |
| 1/6/2024 11:53:24.984 PM, CD1 | CD1 Sent picture to GONZALEZ CASANAS |  |
| 1/6/2024 11:53:33.816 PM, CD1 | | 3669.69 plus fee |
| 1/7/2024 12:07:41.000 AM, GONZALEZ CASANAS | | I'm going to give you $3870 |

| | | |
|---|---|---|
| 1/7/2024 12:09:18.000 AM, GONZALES CASANAS | | **I'm going to send you $2000 now that it's the limit and at 1:00 am I'll send you the rest** |
| 1/7/2024 12:22:56.000 AM, GONZALEZ CASANAS | GONZALEZ CASANAS sent zelle payment to CD1 |  |

42.     In addition, CD1 informed law enforcement officers that GONZALEZ CASANAS was trying to conduct business separately from SANCHEZ OROPEZA which created friction between them. ATF agents discovered messages on January 7, 2024, between CD1 and GONZALES CASANAS that corroborates CD1's statement, including GONZALEZ CASANAS telling CD1 not to talk to SANCHEZ OROPEZA about the Glock deal that he has with him:

| 1/7/2024 12:52:01.000 AM, GONZALES CASANAS | Enyerber told me that he can help you don't talk anything about the glock that's with me just apart I'm going to give you the number of the |
|---|---|
| 1/7/2024 12:52:10.449 AM, CD1 | Ok |

43.    On February 8, 2024, law enforcement officers discovered several

messages between CD1 and GONZALEZ CASANAS indicating that individuals

were receiving compensation from SANCHEZ OROPEZA for previous purchases.

Messages also show CD1 sending a list of firearms to GONZALEZ CASANAS:

| Time | Spanish | English |
|---|---|---|
| 2/8/2024 12:12:54.577 AM, CD1 | 🔫? | 🔫? |
| 2/8/2024 12:13:03.037 AM, CD1 | Hoy? | Today? |
| 2/8/2024 12:17:18.000 AM, GONZALEZ CASANAS | | A part of the cash was missing. |
| 2/8/2024 12:40:41.000 AM, GONZALEZ CASANAS | Le faltó una parte del dinero a enyerber | Enyerber was missing part of the money |
| 2/8/2024 12:45:59.281 AM, CD1 | | Ah fuck |
| 2/8/2024 12:47:14.000 AM, GONZALEZ CASANAS | | 😔🥺 |
| 2/8/2024 12:47:37.557 AM, GONZALEZ CASANAS | | So, he's paying $10k tonight right? |

| Time | Spanish | English |
|---|---|---|
| 2/8/2024 12:50:12.000 AM, GONZALEZ CASANAS | Porque tengo entendido que hoy nos iban a dar 10k pero faltó una parte la la plata | Because I understand that today they were going to give us 10k but part of the money was missing |
| 2/8/2024 1:08:09.988 AM, CD1 | Ah, vale, no hay problema si no lo tenemos todo hoy. Al menos algo por ahora | Oh, okay, it's okay if we don't have everything today. At least something for now |
| 2/8/2024 1:49:07.640 AM, CD1 | Ok 🙏 | Ok 🙏 |
| 2/8/2024 4:52:27.939 AM, CD1 | | Dragonov pcl 7,62<br>Tavor<br>Scar<br>Galil<br>AK<br>M14<br>Barrel<br>M60<br>M72<br>Fn 5,7<br>AR Smith and Wesson, Sig Sauer, Colt |

44.    On February 9, 2024, CD1 sent a picture of what appears to be an AR-15 and asking GONZALEZ CASANAS how much he can get from his friend:

| Time | Spanish | English |
|---|---|---|
| 2/9/2024 10:54:24.758 AM, CD1 | CD1 sent a picture to GONZALEZ CASANAS |  |

| 2/9/2024 10:54:52.738 AM, CD1 | Cuánto puedo conseguir por esto de tu amigo? | How much can I get for this from your friend? |
|---|---|---|
| 2/9/2024 11:24:10.000 AM, GONZALEZ CASANAS | | 3000$-3500$ |
| 2/9/2024 11:24:26.999 AM, CD1 | | I have 2 coming 🚀 |
| 2/9/2024 11:24:56.948 AM, CD1 | Y hoy tengo otro. Así que tengo 3 que enviar | And today I have another one. So I have 3 to send |
| 2/9/2024 11:25:28.000 AM, GONZALEZ CASANAS | | Ok bro |

45.    Conversations between February 13, 2024, and February 26, 2024,

show several messages between CD1 and SANCHEZ OROPEZA discussing

purchases of firearms, locations of where CD1 delivers the firearms after he picks

them up, the profit from specific firearms, and update requests as to payouts:

| 2/13/2024 8:22:58 PM, CD1 | Yo bro, any update on the 💰? |
|---|---|
| 2/13/2024 8:41:22 PM, SANCHEZ OROPEZA | Bro, we are still waiting, what happens is that in my country this week is a holiday, and everyone is celebrating. Let's hope that these days pass and we will have good microclimates |
| 2/13/2024 9:44:53 PM, CD1 | Ok |
| 2/13/2024 9:45:17 PM, CD1 | Profit on the ARs I have 5 smith and Wesson |
| 2/13/2024 9:57:23 PM, SANCHEZ OROPEZA | Those are good, I need them if you already have them in your hands. |
| 2/13/2024 9:58:11 PM, CD1 | I'm waiting to pick them up |
| 2/13/2024 9:58:31 PM, | As soon as I get them imma drop em at Justin's |

| CD1 | |
|---|---|
| 2/13/2024 9:58:49 PM, CD1 | Do you know how much profit you make? |
| 2/13/2024 10:00:54 PM, SANCHEZ OROPEZA | 3k is the final price |
| 2/13/2024 10:02:19 PM, SANCHEZ OROPEZA | They have to be like I showed you the photo that have the triangle at the tip |
| 2/21/2024 3:18:09 AM, CD1 | All the M&Ps are at Justin |
| 2/21/2024 3:19:38 AM, SANCHEZ OROPEZA | Yes, Justin already told me, I think I'll stop by his house to see him later. |
| 2/21/2024 3:23:57 AM, CD1 | Any update on the other part of the 💲? |
| 2/21/2024 3:26:28 AM, SANCHEZ OROPEZA | I have no reason, but it is I will work on it to collect that I hope to have good news |
| 2/25/2024 9:49:52 PM, CD1 | Any update on the 💲? |
| 2/26/2024 6:38:40 AM, SANCHEZ OROPEZA | I'm already waiting for them to take them |

46.    On February 19, 2024, CD1 purchased four Smith and Wesson M&P-15 receiver from an FFL in Orlando Florida. CD1 stated that when he purchased firearms, he usually brings them to J.O.N.'s house where they would be wrapped and packaged for shipping.

47.    On March 19, 2024, messages between CD1 and SANCHEZ OROPEZA show conversations about payments for firearms that were shipped. Further messages also indicate addition firearms, including a Ruger pistol and AR-15, were waiting to be shipped during that time frame.

| Time | Spanish | English |
|---|---|---|
| 3/19/2024 9:37:44 PM, CD1 | Bro, ¿sabes cuándo nos pagan para que podamos enviar más y mantener el | Bro, do you know when we get paid so we can send more and keep the |

| Time | Spanish | English |
|---|---|---|
| | dinero fluyendo? | money flowing? |
| 3/19/2024 9:39:21 PM, SANCHEZ OROPEZA | Bro mercancía hay yo no se porque no han enviado ya para la fecha que estamos es para que se estuviera cobrando | Bro, there is merchandise, I don't know why they haven't already sent it by the date we are on, it should already been collecting. |
| 3/19/2024 9:39:41 PM, SANCHEZ OROPEZA | No podemos pararnos por algo, si eso no se vende no trabajamos más fíjate que las 6 ruger aún están aquí juntos con tus 5ar-15 | We can't stop for something, if it doesn't sell, we don't work anymore, notice that the 6 Rugers are still here together with your 5 ar-15. |
| 3/19/2024 9:40:19 PM, SANCHEZ OROPEZA | Tenemos que buscar otras soluciones me entiendes | We have to look for other solutions, you understand me? |
| 3/19/2024 9:40:53 PM, CD1 | Si mi Entiendo | I understand |

48.     Other messages between CD1 and GONZALEZ CASANAS from

April 25, 2024, to April 26, 2024, show discussions between CD1 and GONZALEZ

CASANAS about buying ten AK-47s for their clients:

| Time | Spanish | English |
|---|---|---|
| 4/25/2024 12:46:35.000 AM, GONZALEZ CASANAS | | They want 10 black ones then they go. I want more difference |
| 4/26/2024 11:05:42.726 PM | | Yo bro |
| 4/26/2024 11:10:36.000 PM, GONZALEZ CASANAS | | Yes |
| 4/26/2024 11:11:05.498 PM, CD1 | | Justin said he doesn't have an issue with it but I have to ask you too because we are all partners. I need to borrow |

| | | |
|---|---|---|
| | | $1500 for my security company to pay my insurance, if I don't pay today, I lose it. The latest I'll replace it is next Friday when I get paid, I have an issue I need to solve today. Also, I have 3 Aks on the way |
| 2/9/2024 11:24:56.948 AM, CD1 | Y hoy tengo otro. Así que tengo 3 que enviar | And today I have another one. So I have 3 to send |
| 2/9/2024 11:25:28.000 AM, GONZALEZ CASANAS | | Ok bro |
| 4/26/2024 11:12:39.000 PM, GONZALEZ CASANAS | | All right, bro, I don't have a problem. |
| 4/26/2024 11:13:15.000 PM, GONZALEZ CASANAS | | Try to get 5 AK to send that as fast as possible and then the other 5 we asked for it Justin is going to get to buy 2 |

49.    Between April and May 2024, several messages between CD1 and

SANCHEZ OROPEZA show conversation about payments:

| Time | Spanish | English |
|---|---|---|
| 4/9/2024 8:54:22 PM, CD1 | | Any update on payment? |
| 4/11/2024 3:32:28 AM, SANCHEZ OROPEZA | Disculpa que no te respondí | Sorry I didn't respond to you |
| 4/11/2024 3:33:00 AM, SANCHEZ OROPEZA | Estoy haciendo otro negocio por eso a ver si agarramos un efectivo para terminar ese negocio | I'm doing another business so let's see if we can get some cash to finish that business |
| 4/11/2024 3:33:28 AM, CD1 | | Ok ok |
| 4/20/2024 5:10:18 AM, | | Any update on payment? |

| CD1 | | |
|---|---|---|
| 4/21/2024 5:37:09 AM, SANCHEZ OROPEZA | Mi bro quedaron en darme un dinero para estos días apenas lo tenga te hago llegar algo | My bro they agreed to give me some money for these days as soon as I have it I will send you something |
| 4/21/2024 5:37:22 AM, SANCHEZ OROPEZA | Discúlpame que no te había respondido | I'm sorry I hadn't responded to you |
| 4/26/2024 10:44:55 PM, CD1 | | What's the chances for sure that you can pay this weekend? I had an emergency come up and I'm trying to solve it by Sunday morning |
| 4/26/2024 10:45:30 PM, SANCHEZ OROPEZA | | I'm waiting, it may be more tomorrow |
| 5/1/2024 10:56:50 PM, CD1 | I'm not sure how much you were gonna give me pero dos o tres mil will help me and take it from the total you were going to give me | I'm not sure how much you were gonna give me but 2 or 3 thousand will help me and take it from the total you were going to give me |
| 5/1/2024 10:57:45 PM, CD1 | ¿O puedes enviarlo todo? | Or can you send everything? |
| 5/1/2024 11:01:08 PM, SANCHEZ OROPEZA | SANCHEZ OROPEZA sent zelle payment to CD1 |  |
| 5/1/2024 11:02:23 PM, CD1 | Gracias gracias bro | Thank you, thank you bro |

50.     CD1 is the owner of a security company named Grey Wolf Defense.

51.     On May 7, 2024, messages between CD1 and SANCHEZ ORPEZA reveal conversations about shipments and when shipment will payout. This information further confirms statements made by CD1 about firearms being shipped out of the United States and profit being made:

| 5/7/2024 1:39:00 AM, CD1 | Cuánto se venderá lo que tengo en el envío? | How much what I have in that shipment will sell for? |
|---|---|---|
| 5/7/2024 1:41:30 AM, SANCHEZ OROPEZA | No se porque eso llegó incompleto no van los cargadores | I don't know because that arrived incomplete; the chargers are not included. |
| 5/8/2024 8:12:28 AM, CD1 | When do you think that shipment will pay out? | |
| 5/8/2024 4:03:48 PM, SANCHEZ OROPEZA | I hope it's tomorrow | |
| 5/8/2024 4:05:05 PM, CD1 | Do you know how much for my part? | |
| 5/8/2024 4:06:19 PM, SANCHEZ OROPEZA | $3500 each | |

52.     Other messages between CD1 and SANCHEZ OROPEZA on June 28, 2024, show SANCHEZ OROPEZA asking CD1 to provide four FN Five-seveN-type pistols. Further messages also show SANCHEZ OROPEZA insisting on getting either FN Five-seveN-type pistols or Ruger pistols in order to make a profit:

| 6/28/2024 12:39:19 AM, SANHEZ OROPEZA | get me 4 fn5.7 if I have to put in some money, I'll put it in |
|---|---|
| 6/28/2024 12:40:03 AM, CD1 | Fn5.7 instead of 4 Glocks? |
| 6/28/2024 12:40:26 AM, SANCHEZ OROPEZA | Glok no |

| 6/28/2024 12:40:35 AM, SANCHEZ OROPEZA | Fn5.7 yes |
|---|---|
| 6/28/2024 12:41:33 AM, CD1 | Ok, but when will the owed money be received for me? |
| 6/28/2024 12:43:27 AM, SANCHEZ OROPEZA | I will ask Justin how much the amount is because I don't have it but I think I owe very little, I will still need all 4 things |
| 6/28/2024 12:44:02 AM, SANCHEZ OROPEZA | Do you have the amount? |
| 6/28/2024 1:41:52 AM, CD1 | The Rugers are $650 each, with the money from the 4 it's $2600. So, I'd need more to cover the FN<br><br>From the money owe from January after the Zelle's and what you've paid already, it's $4500 and I really need that money bro, are you able to send it? |

## SEARCH OF J.O.N.'S CELLULAR DEVICE

53.    On October 15, 2024, ATF agents obtained a search warrant for

J.O.N.'s phone. Due to the level of encryption, the device was sent to the Federal

Bureau of Investigation ("FBI") lab for further analysis, and ATF agents received the

device extraction on November 15, 2024.

54.    ATF agents conducted a preliminary review of J.O.N.'s phone data and

discovered messages between J.O.N., under the nickname ("An"), and phone

number 689-261-9694 ,under the nickname (Trabajo G), discussing purchasing and

shipping firearms. Phone number 689-261-9694 is listed in CD1's phone under the

name "Venezuelan," with multiple messages discussing the purchases of firearms

and profit. CD1 informed ATF agents his number belongs to SANCHEZ

OROPEZA, and CD1 positively identified SANCHEZ OROPEZA as "Venezuelan"

based on a picture provided to him from a law enforcement database query.

55.    On December 15, 2023, conversation between J.O.N. and SANCHEZ OROPEZA revealed several messages where SANCHEZ OROPEZA asks J.O.N. to check for firearms' prices with certain specifications. Messages also revealed several picture exchanges between J.O.N. and SANCHEZ OROPEZA displaying specific types of firearms, prices, whether the firearms are used or new, and the amount of money that other parties will pay for certain types of firearms:

| 12/15/2023, 1:19:38 AM, SANCHEZ OROPEZA | Ve en cuanto salen los bushmaster ar15 | See how much are the bushmaster ar15. |
|---|---|---|
| 12/15/2023, 1:19:54 AM, SANCHEZ OROPEZA | Pon 4 a ver qué precio te sale. | Put 4 to see what the price is. |
| 12/15/2023, 1:19:56 AM, SANCHEZ OROPEZA | Salen | Come out to |
| 12/15/2023, 1:54:05 AM, J.O.N. | ok | ok |
| 12/15/2023, 1:54:05 AM, J.O.N. | 4,000 | 4,000 |

| 12/15/2023, 2:09:00, J.O.N. | Sends photo to the SANCHEZ OROPEZA |  |
| 12/15/2023, 2:09:14 AM, J.O.N. | Pero que solo venden de a 1 | But they only sell one |
| 12/15/2023, 2:09:25 AM, SANCHEZ OROPEZA | Ese perfume de muñequito lo pagan en 3k por la marca | That doll's perfume they will pay 3k for the brand |

56.    On December 18, 2023, more messages between SANCHEZ OROPEZA and J.O.N. revealed conversations that started with using the word "telephones," and then switched to using the word "chicken." Based on my training and experience with firearms traffickers, the word "chicken" is often used as another word for firearms. Conversations between SANCHEZ OROPEZA and J.O.N. revealed plans to ship firearms by saying that "we can send the chickens ahead for the feast, or we can wait for the other":

| 12/18/2023, 8:53:04 PM, SANCHEZ OROPEZA | Ya llego los teléfonos? | Did the phone arrive already |

| 12/18/2023, 8:53:37 PM, J.O.N. | No | No |
|---|---|---|
| 12/18/2023, 8:53:45 PM, J.O.N. | Aún no | Not yet |
| 12/18/2023, 8:53:48 PM, SANCHEZ OROPEZA | Ok esta bien | Ok it's good |
| 12/18/2023, 8:54:00 PM, SANCHEZ OROPEZA | Para cuando no sabes | When will you know |
| 12/18/2023, 8:53:45 PM, J.O.N. | Faltan 3 para que la ensalada esté complete | Missing ~~is~~ 3 for the salad to be complete |
| 12/18/2023, 8:54:26 PM, J.O.N. | Pero los 2 pollos lo dejamos listo ayer | But the 2 chickens we left them ready yesterday |
| 12/18/2023, 8:54:34 PM, J.O.N. | No | No |
| 12/18/2023, 8:54:57 PM, SANCHEZ OROPEZA | No fue por pedido completo | It was not a full order. |
| 12/18/2023, 8:55:56 PM, SANCHEZ OROPEZA | Bello está bien | Handsome it's ok |
| 12/18/2023, 8:55:14 PM, SANCHEZ OROPEZA | Ok vamos a esperar | Ok we'll just wait |
| 12/18/2023, 8:55:53 PM, J.O.N. | Se puede mandar los 2 pollos alante para la fiesta | We can send the 2 chickens ahead for the feast |
| 12/18/2023, 8:55:59 PM, J.O.N. | O hay que esperar el otro | Or we can wait for the other |
| 12/18/2023, 9:15:37 PM, SANCHEZ OROPEZA | Si si está bien | Yes, yes, it's good |

57.     On December 27, 2023, messages between J.O.N. and SANCHEZ

OROPEZA show SANCHEZ OROPEZA sending a link listing a Barret M-82 rifle

to J.O.N., to which J.O.N. replies "the large cans of paints are here":

| | | |
|---|---|---|
| 12/27/2023, 5:42:34 AM, SANCHEZ OROPEZA | Sends website link of Florida Gun Trader to J.O.N. | 1**6892619694**<br>✓ Read<br>12/27/2023 5:42:34.000 AM<br>https://floridaguntrader.com/category/449/Rifles/listings/1291806/Barrett-M82.html |
| 12/27/2023, 11:52:40 PM, J.O.N. | Las latas de pintura grande están aquí | The large cans of paints are here |
| 12/27/2023, 11:53:58 PM, SANCHEZ OROPEZA | Ok tómale una foto y me la pasas por la otra aplicación | Ok, take a photo and send it to me through the other application |

58.    More messages on January 2, 2024, show SANCHEZ OROPEZA sending a picture of a fully automatic Ruger style firearm, to which J.O.N. replies: "$2,050."

59.    Further messages show SANCHEZ OROPEZA talking to J.O.N. by about purchasing firearms at a later date, and SANCHEZ OROPEZA going to visit a different store to see firearms on sale for purchase:

| | | |
|---|---|---|
| 1/02/2024, 05:26:58 AM, SANCHEZ OROPEZA | The SANCHEZ OROPEZA send photo to J.O.N. |  |
| 1/02/2024, 07:52:54 AM, J.O.N. | 2,050$ | $2,050 |
| 1/02/2024, 07:52:54 AM, J.O.N. | J.O.N. send photo to SANCHEZ OROPEZA |  |
| 1/02/2024, 10:29:35 PM, SANCHEZ | Eso está bella | This one is beautiful |

| | | |
|---|---|---|
| OROPEZA | | |
| 1/02/2024, 10:29:53 PM, J.O.N. | 2,000 | $2,000.00 |
| 1/02/2024, 10:29:59 PM, J.O.N. | Sin rejaba | No discount |
| 1/02/2024, 10:30:03 PM, SANCHEZ OROPEZA | Esta fea | This is ugly |
| 1/02/2024, 10:30:20 PM, SANCHEZ OROPEZA | Después compramos eso por ahora no jajajajaja | Later we will buy it but for now no. |
| 1/02/2024, 10:33:03 PM, SANCHEZ OROPEZA | Yo voy a visitar varias locales para ver qué hay en venta y te digo | I am going to visit several stores to see what is for sale and I will tell you |
| 1/02/2024, 10:34:01 PM, J.O.N. | Yo mangue una Ruger aquí | I found a Ruger here |
| 1/02/2024, 10:40:19 PM, SANCHEZ OROPEZA | Bello mano | Beautiful man |
| 1/02/2024, 10:36:15 PM, J.O.N. | Tienen una fn | They have a FN |
| 1/02/2024, 10:36:15 PM, J.O.N. | Pero esta media cara | But it's kind of expensive |
| 1/02/2024, 10:40:19 PM, SANCHEZ OROPEZA | Si en cuanto | Yes, how much |
| 1/02/2024, | 1,300 | $1300.00 |

| 10:36:15 PM, J.O.N. | | |
| --- | --- | --- |

60.    On January 12, 2024, messages between SANCHEZ OROPEZA and J.O.N. show a picture of what appear to be a rifle, and J.O.N. stating that the firearm is ready for the person to come pick it up.

61.    Further messages on January 13, 2024, reveal that SANCHEZ OROPEZA had knowledge that he could not purchase a firearm under his immigration status. More specifically, messages between J.O.N. and SANCHEZ OROPEZA show them discussing Temporary Protected Status ("TPS") and permission to buy firearms.

| 1/13/2024 6:53:51.329 AM, J.O.N. | Se puede comprar con TPS | Can be purchased with TPS |
| --- | --- | --- |
| 1/13/2024 6:53:54.199 AM, J.O.N. | Hoy lo leí | I read it today |
| 1/13/2024 6:54:04.891 AM, J.O.N. | Tps y licencia de aquí | TPS and license from here |
| 1/13/2024 6:54:17.000 AM, SANCHEZ OROPEZA | No te creo | I don't believe you |
| 1/13/2024 6:54:29.000 AM, SANCHEZ OROPEZA | Con tps el permiso que dan | With TPS what permissions they give you |
| 1/13/2024 6:54:34.735 AM, J.O.N. | Si | Yes |
| 1/13/2024 6:54:39.000 AM, SANCHEZ OROPEZA | Si eso si lo ley (this can be also interpreted as "lo leí") | Yes, that I did read |
| 1/13/2024 6:54:46.557 AM, J.O.N. | Con ese TPS | With that TPS |
| 1/13/2024 6:54:55.235 AM, J.O.N. | Te dan un alíen number | They give you an alien number |
| 1/13/2024 6:55:05.195 | Que es lo que necesitas | What is it that you need |

| | | |
|---|---|---|
| AM, J.O.N. | para poder hacer el background check | to do the background check |
| 1/13/2024 6:55:08.677 AM, J.O.N. | Yes | yes |
| 1/13/2024 6:55:16.216 AM, J.O.N. | Hoy vi a par de venezolanos comprando | I saw a pair of Venezuelan today buying. |

62.    Further messages between SANCHEZ OROPEZA and J.O.N. also show discussions about buying firearms by using the words "pantalon," or pants, erasing serial numbers from firearms, and ensuring that there are no traces. Messages also appear to reveal that there is a machine used to erase serial numbers from the firearms before they are packaged and ship then. It also appears that SANCHEZ OROPEZA has provided such a machine to J.O.N. Based on my training and experience working firearms trafficking cases, the word "pantalon" is often used by traffickers from Latin America as a way to refer to firearms:

| | | |
|---|---|---|
| 1/14/2024 6:43:00.329 PM, J.O.N. | Y quiero comprar un pantalón. Donde nos juntamos? | I want to buy pants, where do you want to meet? |
| 1/14/2024 6:43:51.000 PM, SANCHEZ OROPEZA | Esta bien has tus cosas tranquilo y me avisas | It's okay, do your thing calmly, and let me know. |
| 1/14/2024 9:41:52.000 PM, SANCHEZ OROPEZA | Tú estuviste cuando empacaron la ropa que se fue | Were you there when they packed the clothes that left |
| 1/14/2024 9:49:13.643 PM, J.O.N. | No | No |
| 1/14/2024 9:49:26.342 PM, J.O.N. | Creo que los pantalones de niño se borraron | **I think the boy's pants was wiped off** |
| 1/14/2024 9:49:30.239 PM, J.O.N. | Pero los de adulto no | But the adult ones, no |
| 1/14/2024 9:50:17.000 PM, SANCHEZ OROPEZA | No no ya esté chamo me dijo que no | No, no, this guy told me no |

| | | |
|---|---|---|
| 1/14/2024 9:50:28.017 PM, J.O.N. | Porqué | Why? |
| 1/14/2024 9:54:14.000 PM, SANCHEZ OROPEZA | Hay algo raro en la salida de aquí donde lo lleva la ballena 🐳 | There is something strange about the exit from here where the whale takes you. |
| 1/14/2024 9:54:36.973 PM, J.O.N. | Le voy a decir al mío que hable con el sastre | **I'm going to tell mine to talk to the tailor** |
| 1/14/2024 9:55:08.000 PM, SANCHEZ OROPEZA | Yo ya le dije | I told you |
| 1/14/2024 9:55:10.892 PM, J.O.N. | Y diga que los pantalones grandes le robaron 3 | And say that the big pants, they stole 3 |
| 1/14/2024 9:55:40.000 PM, SANCHEZ OROPEZA | Vamos a esperar a ver qué se mueve como tal | Let's wait and see what moves as such |
| 1/14/2024 9:56:10.323 PM, J.O.N. | Eso lo que hace que lo protege porque es información confidencial no algo público | That is what protects it because it is confidential information, not something public. |
| 1/14/2024 9:56:20.056 PM, J.O.N. | Así si llegara a rastrear el origen del pantalón | **So if I managed to trace the origin of the pants** |
| 1/14/2024 9:56:28.522 PM, J.O.N. | Simplemente se lo robaron | They just stole it |
| 1/14/2024 9:56:37.000 PM, SANCHEZ OROPEZA | Por eso hay que borrar. Ya eso es pereza porque hasta la máquina que borra esta | **Because of that, you have to erase. That is laziness because even the machine that erases it is there** |
| 1/14/2024 9:56:39.388 PM, J.O.N. | Y es normal | And it's normal. |
| 1/14/2024 9:57:01.993 PM, J.O.N. | Tú sabes que yo busco los pantalones y los llevo allá después no se más nada | **You know that I search the pants and I take them there, after, I don't know nothing** |

| 1/14/2024 9:57:21.000 PM, J.O.N. | Tienes razón | You're right |
|---|---|---|
| 1/14/2024 9:57:45.464 PM, J.O.N. | Pero ya para el próximo encargo hay que empezar a hacer las costuras bien | **But for the next order we have to start making the seams well.** |
| 1/14/2024 9:57:51.745 PM, J.O.N. | Yo le dije lo de las cajas | **I told him about the boxes** |
| 1/14/2024 9:57:58.664 PM, J.O.N. | Hay que conseguir la manera de destruirlas | **We have to find a way to destroy them** |
| 1/14/2024 9:58:01.707 PM, J.O.N. | No botarla | **Don't throw it away** |
| 1/14/2024 9:58:39.000 PM, SANCHEZ OROPEZA | Yo tengo una máquina de calor las derretimos | **I have a heat machine we melt them** |
| 1/14/2024 10:05:11.000 PM, SANCHEZ OROPEZA | Mi mayor preocupación son ustedes, por eso les di la máquina para que borren y siempre te lo digo tenemos que cuidarnos | **My biggest concern is you, that's why I gave you the machine to erase and I always tell you, we have to take care of ourselves** |

63.     More messages between February 5, 2024, and February 6, 2024, show conversations between SANCHEZ OROPEZA and J.O.N. showing them buying firearms for another individual that they described as the "old guy." Messages also show SANCHEZ OROPEZA and J.O.N. talk about prices for logistics, components being oxidized, when they get paid, the travel time, and list of firearms being shipped:

| | | |
|---|---|---|
| 2/5/2024 11:46:33.000 PM, SANCHEZ OROPEZA | Estoy en eso porque quieres retener una cantidad a favor de ellos porq faltan muchas cosas y devolvieron los cargadores que están todos podridos y cariados que así no les sirven | I'm in it because you want to retain an amount in their favor because many things are missing, and they returned the chargers that are all rotten and decayed and are of no use to them. |
| 2/5/2024 11:46:53.000 PM, SANCHEZ OROPEZA | Están cobrando 2 viajes al lugar donde ellos | They are charging for 2 trips to the place where they |
| 2/5/2024 11:47:11.031 PM, J.O.N. | Cada viaje a 7k | Each trip at 7k |
| 2/5/2024 11:47:23.000 PM, SANCHEZ OROPEZA | 10k ya te muestro | 10k I'll show you |
| 2/5/2024 11:47:47.010 PM, J.O.N. | Bueno porque 3 Ruger y un Tavor son 20k | Good because 3 Rugers and a Tavor are 20k |
| 2/5/2024 11:48:08.000 PM, SANCHEZ OROPEZA | Si pero el de las rugen no es el mismo | Yes, but the one with the Rugers is not the same |
| 2/5/2024 11:48:25.579 PM, J.O.N. | Ah yo pensé que el viejo pagaba todo junto | Ah I thought the old man paid for everything together |
| 2/5/2024 11:48:52.150 PM, J.O.N. | Pero los cargadores de AK? | But AK magazines? |
| 2/5/2024 11:48:54.000 PM, SANCHEZ OROPEZA | No ese viejo no le gusta las tiger dice que son desechables le gusta en la fn | No, that old man doesn't like the tiger, he says they are disposable, he likes it in the FN |
| 2/5/2024 11:48:57.000 PM, SANCHEZ OROPEZA | Si | Yes |
| 2/5/2024 11:49:10.000 PM, SANCHEZ OROPEZA | Eso se venden por otro lado pero ese viejo mmgvo es necio | They are sold elsewhere but that old guy is stubborn |
| 2/5/2024 11:49:10.403 PM, SANCHEZ OROPEZA | Es que eso duró demasiado empaquetado | Is that it lasted to long packaged |

| | | |
|---|---|---|
| 2/5/2024 11:49:40.000 PM, SANCHEZ OROPEZA | Si eso fue dígame ya venían medios oxidados y duraron como 3 meces metido hay imagine | Yes, they told they were already rusty and imagine, it lasted like 3 months in there. |
| 2/5/2024 11:53:16.000 PM, SANCHEZ OROPEZA | Mano le estoy diciendo que yo no puedo pagar 20k de viaje donde ese traspaso te una vez solo viejo con 3 cosas | I'm telling him that I can't pay 20k for a trip for with 3 things for a transfer that will be considered bad. |
| 2/5/2024 11:55:16.636 PM, J.O.N. | Es mucho 20k | 20k is a lot |
| 2/5/2024 11:55:21.000 PM, SANCHEZ OROPEZA | Tengo todo el día techándome cuchillo con el | I spent all day trying to negotiate with him. |
| 2/5/2024 11:55:21.000 PM, J.O.N. | Mandamos 20k para la logística entera | We send 20k for the entire logistics |
| 2/5/2024 11:55:36.000 PM, SANCHEZ OROPEZA | Claro que reconozca que es mucho | Of course, he recognizes that it is a lot |
| 2/5/2024 11:56:35.000 PM, SANCHEZ OROPEZA | Débelos muchos cargadores hay si tiene razón el | We ow them many chargers if he is right |
| 2/5/2024 11:56:50.000 PM, SANCHEZ OROPEZA | Todo lo que hemos enviado nada llevaba cargadores de repuesto | Everything we have sent nothing had spare chargers |
| 2/6/2024 12:00:19.000 AM, SANCHEZ OROPEZA | El quedó en pasarme cuanto cargadores le faltan igual yo se cuanto más o menos son | He agreed to tell me how many chargers he needs, but I know how much more or less they are. |
| 2/6/2024 12:01:16.000 AM, SANCHEZ OROPEZA | 9 de tabor 3 de Glock 1 de ar 2 five seven<br><br>Creo que son eso | 9 for Tavors. 3 for Glocks 1 for AR 2 for Five SeveN<br><br>I believe that's it |
| 2/6/2024 12:06:38.225 AM, J.O.N. | Déjame ver cuánto hace eso | Let me see how much that is |
| 2/6/2024 12:06:53.000 | Ese me libera el pago | That releases the payment |

| AM, SANCHEZ OROPEZA | | |
|---|---|---|
| 2/6/2024 12:07:20.000 AM, SANCHEZ OROPEZA | Vamos a tratar de todo lo que se valla lleve 2 porq ellos son mmgvo ellos pagan cuando todo está completo | We will verify everything that is going leaves with two each because they pay when everything is complete |
| 2/6/2024 12:07:34.296 AM, J.O.N. | Está bien | Alright |
| 2/6/2024 12:09:12.000 AM, SANCHEZ OROPEZA | Me mando a cambiar los números | He told me to change the numbers |
| 2/6/2024 12:09:26.381 AM, J.O.N. | Ok | Ok |
| 2/6/2024 12:09:35.727 AM, J.O.N. | Yo voy a cambiar este ya | I'm going to change this now |
| 2/6/2024 12:09:54.886 AM, J.O.N. | Fn o Roger | FN or Ruger |
| 2/6/2024 12:10:05.572 AM, J.O.N | Los de 5,7 | Those of 5.7 |
| 2/6/2024 12:10:29.000 AM, SANCHEZ OROPEZA | Fn el no compra ruger | FN, he doesn't buy Ruger |
| 2/6/2024 12:10:44.000 AM, SANCHEZ OROPEZA | También debemos de ruger pero eso es con otra gente | Let's do the Rugers also but for other people |
| 2/6/2024 12:10:59.521 AM, J.O.N. | Esos los tengo que pedir online | I have to order those online |

## CONCLUSION

64.    Based on the above information, there is probable cause that beginning

on an unknown date, but on or about September 1, 2023, and continuing until on or

about October 2, 2024, GONZALEZ CASANAS and SANCHEZ OROPEZA

committed the offense of firearms dealing without a license, in violation of 18 U.S.C.

§ 922(a)(1)(A).

Respectfully submitted,

_____
VLADIMIR D. LENA
Special Agent, ATF

Affidavit submitted by email and attested
to me as true and accurate by telephone or
videoconference consistent with
Fed.R.Crim. P. 41(d)(3) this
__31st__ day of January, 2025.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE